

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00178-CV

| | | |
|---|---|---|
| Mohammed Alsheikh | § | From the 141st District Court |
| | § | of Tarrant County (141-220098-06) |
| v. | § | January 29, 2015 |
| Murjan Altawil | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Mohammed Alsheikh shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot